1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT

8          DISTRICT OF NEVADA

9          * * *

10   NANCY VELEY,                    )
                                     )
11          Plaintiff,               )          2:11-cv-1284-RCJ-RJJ
                                     )
12   vs.                            )
                                     )
13   LAS VEGAS METROPOLITAN          )          O R D E R
     POLICE DEPARTMENT, etc., *et al*., )
14                                   )
            Defendant,               )
15   _____)

16          This matter came before the Court on June 12, 2012, on a Motion to Withdraw as

17   Attorney of Record (#44). *See* Minutes of Proceedings (#49). Plaintiff was not present at said

18   hearing however, counsel was unable to provide proof of service on the Plaintiff as required by

19   the Order Setting Hearing (#47). Good cause appearing therefore,

20          IT IS HEREBY ORDERED that a second hearing on the Motion to Withdraw as Attorney

21   of Record (#44) is scheduled for October 10, 2012, at 9:00 AM in LV Courtroom 3D, 3d floor,

22   Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

23          IT IS FURTHER ORDERED that Plaintiff Nancy Veley must appear in court for this

24   hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order

25   to show cause being issued by the court.

26          IT IS FURTHER ORDERED that Plaintiff's counsel shall personally serve, or serve by

27   certified mail, return receipted requested, a copy of the  motion to withdraw and a copy of this

28   Order on the Plaintiff Nancy Veley. Proof of compliance with this service requirement

must be filed with the court prior to the scheduled hearing. There is NO EXCEPTION to the service requirement.

DATED this __28th__ day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge