UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NANCY VELEY, | Case No. 2:11-cv-01284-MMD-RJJ |
|---|---|
| Plaintiff, | ORDER |
| v. | (Plaintiff's Voluntary Dismissal – #60). |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendant. | |

At the November 11, 2012 Hearing re Order to Show Cause before Magistrate Judge Johnston (dkt. no. 60), Plaintiff Veley advised the Court that she wished to dismiss the case. Defendant requested that the case be dismissed with prejudice and for each side to bear their own costs and fees. Plaintiff did not object to this request. (*Id.*)

The Court has authority to dismiss the case under Fed. R. Civ. P. 41(a)(2). Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Clerk of the Court is ordered to close the case. Each side will bear their own fees and costs.

ENTERED THIS 26th day of November 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE